RECEIVED BY: [signature]
DATE: 3/18/2021 TIME: 9:00 A
U.S. MARSHAL E/TN
KNOXVILLE, TN

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:20-CR-28 |
| Jimmy Dean Williams | ) | 21 |
| | ) | |
| | ) | |
| Defendant | ) | |

**FILED**

MAR 26 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)    Jimmy Dean Williams,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Date: 3/17/21

City and state: Knoxville, Tennessee

[signature]
*Issuing officer's signature*

JOHN L. MEDEARIS, CLERK
*Printed name and title*

---

### Return

This warrant was received on (date) 3/17/2021, and the person was arrested on (date) 3/23/2021
at (city and state) Knoxville, TN.

Date: 03/24/2021

[signature]
*Arresting officer's signature*

Dan Wilson US Park Ranger
*Printed name and title*

---

FID: 4252036          2174-0318-0904-J